**Order entered August 16, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-01033-CR**
**No. 05-20-01034-CR**
**No. 05-20-01035-CR**

**CHRISTIAN COLE DONIHOO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83060-2020 cts. 1-3**

**ORDER**

Before the Court is appellant's motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's amended brief received on August 13, 2021 filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE